IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                            FILED
                                   UNITED STATES DISTRICT COURT
                                         DENVER, COLORADO

                                          AUG 22 2023

                                       JEFFREY P. COLWELL
                                              CLERK
```

Civil Action No. _____
            (To be supplied by the court)

__Dedrick Harris_____, Plaintiff

v.

__Lakewood Police Department_____,

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

__Jefferson County District Attorneys Office__,

__Kayla Sue Lee_____,

__Unnamed Supervisor at Fish & Chips_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dedrick Harris                6800 E Tennessee Ave Denver CO 80224
_____
(Name and complete mailing address)

7206160918                    dedrickharis1230@icloud.com
_____
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Lakewood Police Department   445 S. Allison Pkwy, Lakewood, CO 80226
_____
(Name and complete mailing address)

3039877111
_____
(Telephone number and e-mail address if known)

Defendant 2:   Jefferson County District Attorneys Office   500 Jefferson County Pkwy, Golden CO 80401
_____
(Name and complete mailing address)

3032716800
_____
(Telephone number and e-mail address if known)

Defendant 3:   Kayla Sue Lee            1651 Kendall St Lakewood CO 80214
_____
(Name and complete mailing address)

3032324002
_____
(Telephone number and e-mail address if known)

Defendant 4:   Unknown supervisor at Fish & Chips   1311 S. Broadway Denver Colorado 80210
_____
(Name and complete mailing address)

7205705103
_____
(Telephone number and e-mail address if known)

2

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 U.S.C. 1983   Deprivation of Rights       18-13-105 Defamation
_____

18-3-303 False imprisonment
_____

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of  Colorado                                  .

If Defendant 1 is an individual, Defendant 1 is a citizen of Colorado                      .

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  42 U.S.C. 1983 Deprivation of Rights

    Supporting facts:  Kayla Sue Lee and a coworker filed a false report due to being regressed to Community Corrections for providing false information. Lakewood Police Department Agency Case #: LK22035038

Additional paper is attached.

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I am seeking 350000 for Punitive damages and 250000 for Compensatory damages and whatever the courts find fits.

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

08/20/2023
_____
(Date)

(Revised February 2022)

## " D. STATEMENT OF CLAIMS."

42 U.S.C. 1983 Deprivation of Rights    18-3-303 False Imprisonment

Lakewood Police Department:

Lakewood Tech Karwoswi Badge number 6329 took this false report from Kayla Sue Lee without any recording of my voice and filed this report due to malice behavior between Denver Police and Lakewood Police and turned it over to Detective Hartner badge number 2151 with harmful intention sworn under oath filed for a warrant for my arrest.

18-13-105 Defamation

Kayla Sue Lee used a coworker that has a personal relationship (assistant manager) that works for GB Fish & Chips at 1311 S. Broadway Denver CO 80210 also lied in false report that was filed.

42 U.S.C. 1983 Deprivation of Right   18-3-303 False Imprisonment 18-8-404 Official Misconduct

Jeffersons County District Attorneys Office

Jeffersons County District Attorneys Office was aware that this report is false and was even told to contact ICCS and speak with Kayla Sue Lee case manager and it will be proven that this client has told lies and has even taking family members information to gain freedom. This office was given 30 days to have officers come to testify due to District Attorney relying on false statements. A week before trial they filed a motion to dismiss.

| | |
|---|---|
| ☒ County Court  ☐ District Court<br>Jefferson County, State of Colorado<br>100 Jefferson County Parkway<br>Golden, CO 80401 | DATE FILED: August 7, 2023 4:56 PM |
| **PEOPLE OF THE STATE OF COLORADO**<br>v.<br>**DEDRICK HARRIS**<br>AKA: DEDRICK DESHION HARRIS<br>Defendant | ▲ COURT USE ONLY ▲ |
| Alexis King, District Attorney<br>Lauren Crawford, Deputy District Attorney<br>500 Jefferson County Parkway<br>Golden, CO 80401-6020<br><br>Phone Number: (303)271-6800<br>FAX Number: (303)271-6888<br>E-mail:<br>Attorney Reg. 46349 | Case No.<br>C0302022M005848<br><br>Div: C<br><br>Ctrm: |
| **MOTION TO DISMISS** | |

ALEXIS KING, District Attorney in and for the First Judicial District, County of Jefferson, State of Colorado, respectfully requests this Honorable Court dismiss the above captioned case on the grounds the People cannot prove beyond a reasonable doubt.

The Victim's Rights Amendment applies to this case:

  ☒ Yes. The People are in compliance with the VRA.

  ☐ No.

The case is eligible for sealing:

  ☒ Yes.

  ☐ No. [This case is dismissed as part of a plea in a separate case the case.] [Restitution is owed.] [The only charges are a class 1 or 2 misdemeanor traffic offense or a class A or B traffic offense] [The case records pertaining to a deferred judgment and sentence concerning the holder of a commercial driver's license or the operator of a commercial motor vehicle] [The case records pertain to a deferred judgment and sentence for a felony offense for the factual basis involved in unlawful sexual behavior.]

Law Enforcement Agency: Lakewood Police Department
Agency Case #: LK22035038