**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. ___1:2023cv02138_____

(To be supplied by the court)

___Dedrick Harris_____, Plaintiff

v.

___Lakewood Police Department_____,

___Jeffersons County District Attorneys Office_____,

___Kayla Sue Lee_____,

___Fish & Chips_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
☑ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names of the defendants listed in the above
caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include only: the
last four digits of a social security number; the year of an individual's birth; a minor's initials;
and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other
materials to the Clerk's Office with this complaint.**

" .B Defendants

Tracy Dunlap

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dedrick Harris          6800 E Tennessee Ave Apt 482 Denver CO 80224

(Name and complete mailing address)

720-616-0918                        dedrickharris1230@icloud.com

(Telephone number and e-mail address)

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Lakewood Police Department   445 S Allison Pkwy, Lakewood Co 80226

(Name and complete mailing address)

303-987-7111

(Telephone number and e-mail address if known)

Defendant 2:   Jefferson County District Attorneys Office  500 Jefferson County Pkwy Golden Co 80401

(Name and complete mailing address)

303-271-6800

(Telephone number and e-mail address if known)

Defendant 3:   Kayla Sue Lee        1651 Kendall St Lakewood Co 80214

(Name and complete mailing address)

303-232-4002

(Telephone number and e-mail address if known)

Defendant 4:   GB Fish & Chips        1311 S. Broadway Denver Co 80210

(Name and complete mailing address)

720-570-5103

(Telephone number and e-mail address if known)

2

See ATTACHED

Tracy Dunlap   2977 S. Delware St Englewood Colorado 80110

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_____   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

42 U.S.C. 1983 Deprivation of Rights     18-3-303 False Imprisonment
_____

18-13-105 Defamation          18-18-404 Official Misconduct
_____

_____   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _Colorado_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Colorado_____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    42 U.S.C. 1983 Deprivation of Rights 18-8-404 Official Misconduct 18-3-303 False Imprisonment

Supporting facts:  November 2022 Lakewood Police Department took a report from Kayla Sue Lee stating that a call was made to her from me. The information that was given to Lakewood Police Department during the investigation showed that I could not have placed call. There was a warrant issued for my arrest due to misconduct on Agent Hartner with Lakewood Police Department.

Additional Paper

4

" D. STATEMENT OF CLAIMS".

18-13-105 Defamation

Kayla Sue Lee and all her colleagues at GB Fish and Chips filed a false police report due to personal relationships outside of Community Corrections. They were upset because Kayla had to be returned to Community Corrections.

42 U.S.C. 1983 Deprivation of Right    18-8-404 Official Misconduct

Jefferson County District Attorneys Office after reading the police report that was filed seen that clearly from the start that I had nothing to do with contacting or be in any area that Kayla Sue Lee or any coworkers be in due to drug activity and my work schedule. This office had knowledge of Lee being sent back to Community Corrections due to her history of lies.

## E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."* I am seeking 350,000 for Punitive Damages and 250,000 for Compensatory Damages and whatever the courts find appropriate.

## F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised February 2022)

5

| | |
|---|---|
| ☒ County Court  ☐ District Court<br>Jefferson County, State of Colorado<br>100 Jefferson County Parkway<br>Golden, CO 80401 | DATE FILED: August 7, 2023 4:56 PM |
| **PEOPLE OF THE STATE OF COLORADO**<br>v.<br>**DEDRICK HARRIS**<br>AKA: DEDRICK DESHION HARRIS<br>Defendant | ▲  **COURT USE ONLY**  ▲ |
| Alexis King, District Attorney<br>Lauren Crawford, Deputy District Attorney<br>500 Jefferson County Parkway<br>Golden, CO 80401-6020<br><br>Phone Number: (303)271-6800<br>FAX Number: (303)271-6888<br>E-mail:<br>Attorney Reg. 46349 | Case No.<br>C0302022M005848<br><br>Div: C<br><br>Ctrm: |
| **MOTION TO DISMISS** | |

ALEXIS KING, District Attorney in and for the First Judicial District, County of Jefferson, State of Colorado, respectfully requests this Honorable Court dismiss the above captioned case on the grounds the People cannot prove beyond a reasonable doubt.

The Victim's Rights Amendment applies to this case:

☒ Yes. The People are in compliance with the VRA.

☐ No.

The case is eligible for sealing:

☒ Yes.

☐ No. [This case is dismissed as part of a plea in a separate case the case.] [Restitution is owed.] [The only charges are a class 1 or 2 misdemeanor traffic offense or a class A or B traffic offense] [The case records pertaining to a deferred judgment and sentence concerning the holder of a commercial driver's license or the operator of a commercial motor vehicle] [The case records pertain to a deferred judgment and sentence for a felony offense for the factual basis involved in unlawful sexual behavior.]

Law Enforcement Agency: Lakewood Police Department
Agency Case #: LK22035038