Second Amend

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2023 OCT -3 PM 12:25

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:2023CV02138SBP

(To be supplied by the court)

Dedrick Harris
_____, Plaintiff

v.

Lakewood Police Department
_____,

Jefferson County District Attorney Office
_____,

CAD Interface
_____,

Kayla Sue Lee
_____, Defendant(s).

Jury Trial requested:
(please check one)
X Yes ___ No

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

B. Defendants

Tracy Dunlap

Nicole Hartner Badge # 2151

Carol Karwoski Badge # 6329

CAD Interface

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dedrick Harris   6800 E Tennessee Apt 482 Denver Co 80224
(Name and complete mailing address)

7206160918   dedrickharris1230@icloud.com
(Telephone number and e-mail address)

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   Lakewood Police Department   445 S. Allison Pkwy, Lakewood CO 80226
(Name and complete mailing address)
303-987-7111
(Telephone number and e-mail address if known)

Defendant 2:   Jefferson County District Attorneys Office   500 Jefferson Pkwy Golden CO 80401
(Name and complete mailing address)
303-271-6800
(Telephone number and e-mail address if known)

Defendant 3:   CAD Interface   1302 S Pearl St # 1 Denver CO 80210
(Name and complete mailing address)
3032419405
(Telephone number and e-mail address if known)

Defendant 4:   Kayla Sue Lee   1651 Kendall St Lakewood CO 80214
(Name and complete mailing address)
3032324002
(Telephone number and e-mail address if known)

2

B. Defendant (s) Information

| | |
|---|---|
| Tracy Dunlap | 2977 S. Delware St Englewood CO 80110 |
| Nicole Hartner Badge # 2151 | 445 S. Allison Pkwy Lakewood CO 80226 |
| Carol Karwoski Badge # 6329 | 445 S. Allison Pkwy Lakewood CO 80226 |
| CAD Interface | 1302 S. Pearl St # 1 Denver CO 80210 |
| GB Fish & Chips | 1311 S. Broadway Denver CO 80210 |

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

| 42 U.S.C. 1983 Deprivation of Rights | 18-3-303 false imprisonment |
|---|---|
| 18-13-105 Defamation | 18-18-404 Official Misconduct |

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Colorado__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __Colorado__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of __Colorado__ (name of state or foreign nation).

Defendant 1 has its principal place of business in __Colorado__ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

" D. STATEMENT OF CLAIMS".

18-13-105 Defamation

Kayla Sue Lee and all her colleagues at GB Fish and Chips filed a false police report due to personal relationships outside of Community Corrections. They were upset because Kayla had to be returned to Community Corrections.

42 U.S.C. 1983 Deprivation of Right    18-8-404 Official Misconduct

Jefferson County District Attorneys Office after reading the police report that was filed seen that clearly from the start that I had nothing to do with contacting or be in any area that Kayla Sue Lee or any coworkers be in due to drug activity and my work schedule. This office had knowledge of Lee being sent back to Community Corrections due to her history of lies.

D. Statement of Claims

Agent Hartner Badge 2151, CAD Interface, Carolyn Karworski Badge # 6329

Took a false police report and after calling my place of employment to find that we work from 6AM to 6PM no breaks and is not allowed to use our personal phones. They were also told that if we had to use the phone we would need a supervisor and that no supervisor gave permission. They used this same information to have a warrant issued for my arrest. This arrest warrant even stated that I was armed and dangerous after Kayla Sue Lee lied saying that I was following her when there was a GPS on me from Denver.

Jeffersons County District Attorneys Office was made aware of Kayla Sue Lee telling lies from the lies that she told to ICCS. I explained that Kayla Sue Lee is mad because she had to return to the halfway house and how she stayed out using drugs with coworkers and was using me as an escape. I showed text messages proving that I would get upset due to her drug use. I was told by the District Attorney she was not ready to give up on the case. I showed emails showing that Kayla Sue Lee is a known liar and all this is about her stealing my son information. This District Attorneys Office was granted time for officers to come back from vacation to take the stand. A week before trial all charges was dismissed.

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: 42 U.S.C. 1983  18-3-303 False imprisonment

Supporting facts: November 11, 2022 Lakewood Police was contacted by Kayla Sue Lee that a call was made to her after Tracy Dunlap a person that has never met or talked to me reported that I tried to contact her. Tracy Dunlap and Kayla Sue Lee are coworkers that use drugs together was upset because I found kayla Sue Lee took the ID and other information and gave it to ICCS without permission called each other and texted each other coming up with story for false police report after Kayla had to return Back to community corrections.

Additional Pages

4

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I am seeking 450,000 for Punitive Damages and 250,000 for Compensatory Damages and whatever else the courts find fits.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

10/3/2023
(Date)

(Revised February 2022)

5