IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2023 OCT 18 PM 1:53
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

Civil Action No. __1:23-cv-02138-SBP_____

Plaintiff,   Dedrick Harris

v.

Defendant(s).   Kayla Sue Lee        GB Fish & Chips
                Tracy Dunlap         Jefferson County District Attorney Office
                Lakewood Police Department   CAD Interface

**MOTION** __FOR STATUS OF CASE_____

The above-named __Dedrick____ [**insert defendant or plaintiff**] respectfully asks the Court for the following relief:

I am asking the courts for any updates on my case

I am filing this motion under the authority of the following Federal Rule(s) of Civil Procedure: _D.C. Colo.LCivR 3.1, 3.2_____. My grounds for requesting this relief are described below.

I have filed motions and other legal documents to these parties that has not complied. I am following the rules while others are not

_____

_____

_____

_____

_____

_____

_____

_____

**CERTIFICATE OF COMPLIANCE:** I confirm that I conferred with the opposing party/parties under local rule D.C.COLO.LCivR 7.1(a). The position of the opposing party/parties on this motion is:_____

_____.

Dated: 10/18/23

Respectfully submitted,

_____
(Signature of party)
Print Name: Dedrick Harris
Address: 6800 E Tenessee Ave #482
Denver Co 80224
Telephone Number: 720 614 0918
Email Address:_____

**CERTIFICATE OF SERVICE**