IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02138-SBP

DEDRICK HARRIS,

    Plaintiff,

v.

LAKEWOOD POLICE DEPARTMENT,
JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE,
KAYLA SUE LEE,
GB FISH & CHIPS,
TRACY DUNLAP,
CAD INTERFACE,
NICOLE HARTNER, Badge # 2151, and
CAROL KARWOSKI, Badge #6329,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

    Pursuant to D.C.COLO.LCivR 8.1, the Clerk of Court is directed to assign this matter to Senior Judge Lewis T. Babcock. The undersigned will remain as the assigned magistrate judge.

    DATED: December 4, 2023