IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02138-LTB-SBP

DEDRICK HARRIS,

      Plaintiff,

v.

LAKEWOOD POLICE DEPARTMENT,
JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE,
KAYLA SUE LEE,
GB FISH & CHIPS,
TRACY DUNLAP,
CAD INTERFACE,
NICOLE HARTNER, Badge # 2151, and
CAROL KARWOSKI, Badge #6329,

      Defendants.

---

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

---

This action is under review pursuant to D.C.COLO.LCivR 8.1.

Pursuant to 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and D.C.COLO.LCivR 72.1, United States Magistrate Judge **Susan Prose** is designated to conduct proceedings in this civil action as follows:

(X) Perform duties set forth in D.C.COLO.LCivR 8.1.

(X) Hear and determine pretrial matters, including all nondispositive motions and other requests seeking court action.

(X) Conduct hearings, including evidentiary hearings, at the magistrate judge's discretion.

(X) Submit recommendations for rulings on dispositive motions.

(X) Submit recommendations for disposition of all or part of this action as required under D.C.COLO.LCivR 8.1, 28 U.S.C. § 1915, 28 U.S.C. § 1915A,

1

and/or 42 U.S.C. § 1997e.

(X) Determine and resolve nondispositive post-judgment motions and other requests seeking court action.

IT IS ORDERED that this civil action is referred to the named magistrate judge to proceed according to the designations marked (X) above.

IT IS FURTHER ORDERED that no additional orders of reference are necessary. All motions, requests, letters, and any other document seeking court action are referred automatically for resolution or recommendation by the named magistrate judge.

DATED at Denver, Colorado, this __6th__ day of ___December_____, 2023.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

2