IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02138-LTB-SBP

DEDRICK HARRIS,

    Plaintiff,

v.

LAKEWOOD POLICE DEPARTMENT,
JEFFERSON COUNTY DISTRICT ATTORNEY'S OFFICE,
KAYLA SUE LEE,
GB FISH & CHIPS,
TRACY DUNLAP,
CAD INTERFACE,
NICOLE HARTNER, Badge # 2151, and
CAROL KARWOSKI, Badge #6329,

    Defendants.

ORDER

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed on December 7, 2023 (ECF No. 21). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on December 7, 2023. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from de novo review.

    Accordingly, it is

    ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 21) is accepted and adopted. It is

1

FURTHER ORDERED that Plaintiff's Second Amended Complaint (ECF No. 16) and this action are DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8 of the Federal Rules of Civil Procedure. It is

FURTHER ORDERED that any pending motions are DENIED as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this  10th  day of   January  , 2024.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court